Michael Jungreis, Bar No. 7711184
REEVES AMODIO LLC
500 L Street, Suite 300
Anchorage, AK 99501
Telephone: (907) 222-7100
Facsimile: (907) 222-7199
mj@reevesamodio.com

*Attorneys for Plaintiff Alsco Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALSCO INC., a Nevada corporation with its principal place of business in Utah, <br><br> Plaintiff, <br><br> vs. <br><br> BENIHANA, INC., a Delaware corporation with its principal place of business in Florida, <br><br> Defendant. | **CIVIL ACTION NO.** <br> **3:18-cv-_____** |

## COMPLAINT

For its cause of action, Plaintiff ALSCO INC. ("Alsco") alleges as follows:

1. Alsco is a Nevada corporation with its principal place of business in Utah, authorized to do business in Alaska. Alsco has paid all taxes and filed all reports required with the State of Alaska and is qualified to bring this action. Alsco is a supplier of textile services operating in Anchorage, Alaska.

COMPLAINT
*Alsco Inc. v. Benihana, Inc.* Case No. 3:18-cv-_____
Page 1
Case 3:18-cv-00236-HRH   Document 1   Filed 10/09/18   Page 1 of 4

2. Benihana Inc. ("Benihana") is a Delaware corporation with its principal place of business in Florida, doing business in Alaska. This action arises from a breach of the Service Agreement by Benihana.

3. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §1332(a) and (c) because the parties are diverse as defined in that statute, and the amount in controversy exceeds $75,000.

4. This complaint arises from a contracted entered into in Anchorage, Alaska for services supplied in Anchorage.

5. On February 5, 2016, Benihana and Alsco executed a Service Agreement, in which Alsco agreed to supply certain commercial laundry and linen services and goods to Benihana, and Benihana agreed to pay for those services and goods (see Service Agreement attached as *Exhibit A*). The services included providing distinctive monogrammed items that cannot be used by other customers.

6. The Service Agreement listed flat rate service items and unit price minimum usage items. All items and services that Alsco was to provide to Benihana have a unit price and replacement charge, as listed on the Service Agreement.

7. Under the Service Agreement, if the Agreement is terminated, Benihana shall purchase all goods in service at the replacement charge as listed on the Agreement (the "Buy Out" provision), along with liquidated damages in an amount equal to 50% of the average weekly charge for goods and services during the 10 weeks immediately preceding a premature termination.

8. Under the Service Agreement, a finance charge of 1.5% per month is imposed on all outstanding amounts owing by Benihana to Alsco for more than 30 days.

9. Under the Service Agreement, reasonable attorney's fees and costs incurred by the prevailing party in connection with any claim under the Agreement shall be paid by the other party.

10. The intent of the Buy Out is to compensate Alsco for the items in service with Benihana that are distinctive to it, and the liquidated damages are to reasonably compensate Alsco for breach of the contract.

11. Benihana breached the Service Agreement by unilaterally terminating the Agreement without cause, and, despite demand, failing to pay the Buy Out charge or the liquidated damages amount.

12. Because of Benihana' unilateral termination of the Service Agreement, Alsco was damaged and is entitled to the Buy Out provided for under the Service Agreement in the amount of $11,013.16, plus liquidated damages provided for under the Service Agreement in the amount of $107,769.83 (See attached as *Exhibit B* the Agreement Termination Worksheet.)

13. The amounts alleged as owing in the preceding paragraph have been owing since June, 2018, when Benihana terminated the Service Agreement.

## REQUEST FOR RELIEF

WHEREFORE, Alsco prays for relief as follows:

COMPLAINT
*Alsco Inc. v. Benihana, Inc.* Case No. 3:18-cv-_____
Page 3
Case 3:18-cv-00236-HRH   Document 1   Filed 10/09/18   Page 3 of 4

1. That the court enter a judgment against Benihana for the principal sum of $118,782.99, of which $107,769.83 is for liquidated damages for Benihana's breach of contract and $11,013.16 is for the buyout.

2. That the court award the finance charge of 1.5% per month from July, 2018 to the date of judgment, as well as post-judgment interest on all amounts recovered, together with actual costs and attorneys'+ fees incurred by Alsco in commencing and maintaining this action.

3. That the court award Alsco such other and further relief as this court deems just and proper.

DATED this ___ day of October, 2018 at Anchorage, Alaska.

REEVES AMODIO, LLP
Attorneys for Alsco, Inc.


BY: /s/ Michael Jungreis
Michael Jungreis

COMPLAINT
*Alsco Inc. v. Benihana, Inc.* Case No. 3:18-cv-_____
Page 4
Case 3:18-cv-00236-HRH   Document 1   Filed 10/09/18   Page 4 of 4